IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSIE JAMES PORTER,
    Petitioner,

vs.                                    Case No.: 4:16cv54/RH/EMT

STATE OF FLORIDA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (ECF No. 1).  On  February 3, 2016, Petitioner was given thirty (30) days in which to file an amended petition on the court-approved form, and either pay the $5.00 filing fee or file a motion to proceed in forma pauperis ("IFP") (*see* ECF No. 3).  The court subsequently extended the deadline to April 25, 2016 (*see* ECF Nos. 6, 7).  That deadline elapsed; therefore, on May 2, 2016, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8).  The time for compliance with the show cause order has now elapsed and Petitioner has failed to file an amended petition on the court-approved form, and he has neither paid the $5.00 filing fee nor filed a motion to proceed in forma pauperis.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 10th day of June 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.